**No. 45948.**—Protests 3858–K, etc., of Mrs. J. Hanfling et al. (Los Angeles).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of Abstracts 43642 and 43909 the lift vans in question were held free of duty as claimed.